IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br><br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>Bobcat Company,<br><br>　　　　　　　　　　Defendant. | Case No. 04-CV-1026 (KAJ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 1, 2005, Plaintiff, Perry Mandarino, as the Trustee of NationsRent Unsecured Creditor's Liquidating Trust, by and through undersigned counsel, served a copy of the **Initial Disclosures of Creditor Trust Trustee Pursuant to Bankruptcy Rule 7026** via hand delivery on the following:

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 North Orange Street, Suite 1001
Wilmington, DE  19801

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

358455v1

Dated: November 1, 2005

THE BAYARD FIRM

/s/ M. Augustine

Neil B. Glassman (Bar No. 2087)
Ashley B. Stitzer (Bar No. 3891)
Mary E. Augustine (Bar No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

- and -

LOWENSTEIN SANDLER PC
Kenneth A. Rosen
Paul Kizel
John J. Inkeles
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 17068-1791

Co-Counsel to Perry Mandarino,
as the Creditor Trust Trustee

358455v1