## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc., *et al.*,[1]<br><br><br>                                    Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br><br>Chapter 11 |
| NationsRent Unsecured Creditors'<br>Liquidating Trust, Perry Mandarino, not<br>personally, but as Trustee<br><br><br><br>                                    Plaintiff,<br><br>    v.<br><br><br>Bobcat Company,<br><br><br>                                    Defendant. | <br><br><br><br><br><br>Case No. 04-CV-1026 (KAJ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 17, 2005, Perry Mandarino, Trustee of the NationsRent Unsecured Creditors' Liquidating Trust, by and through undersigned counsel, served copies of the **Creditor Trust Trustee's First Set of Interrogatories Directed to Defendant** and the **Creditor Trust Trustee's First Request For the Production of Documents Directed to Defendant** on the following in the manner indicated:

**Via Hand Delivery**
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 North Orange Street, Suite 1001
Wilmington, DE  19801

---

[1]    NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

609111v1

Dated: November 17, 2005        THE BAYARD FIRM

Neil B. Glassman, Esq. (No. 2087)
Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

Attorneys for the Creditor Trust Trustee

609111v1        2