Case 1:04-cv-01026-KAJ    Document 26    Filed 11/18/2005    Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered |
| Nationsrent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>Plaintiff,<br><br>v.<br><br>Bobcat Company,<br><br>Defendant. | <br><br><br><br>District Court Case No. 04-CV-1026 (KAJ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                     §  SS:
NEW CASTLE COUNTY    §

*Michelle M. Dero*, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, counsel for the Creditor Trust Trustee in the above-captioned action, and that on the 17th day of November, 2005, she caused a copy of the **Order Regarding January 23, 2006 Teleconference** to be served upon the party listed below in the manner indicated.

## VIA HAND DELIVERY

Frederick B. Rosner, Esquire
Laurie Schenker Pollack, Esquire
*Jaspan Schlessinger Hoffman LLP*
913 North Market Street
Wilmington, DE 19801

                                                        */s/ Michelle M. Dero*
                                                        Michelle M. Dero

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP.

609198v1

   ***SWORN TO AND SUBSCRIBED*** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: November 18, 2005

                  _____
                  Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2006

609198v1