IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>Plaintiff,<br>v.<br>Bobcat Company,<br><br>Defendant. | Case No. 04-CV-1026 (KAJ) |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Perry Mandarino, Trustee (the "Trustee") of the NationsRent Unsecured Creditors' Liquidating Trust, hereby moves (the "Motion") pursuant to Rule 15 of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7015 of the Federal Rules of Bankruptcy Procedure, for leave to amend the Adversary Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 filed in the above-referenced proceeding. In support of this Motion, the Trustee incorporates herein by reference the Memorandum of Law in Support of the Motion for Leave to Amend

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

610735v1

Complaint filed contemporaneously herewith.

Dated: December 15, 2005                THE BAYARD FIRM

                                        /s/ Ashley B. Stitzer
                                        Neil B. Glassman, Esq. (No. 2087)
                                        Ashley B. Stitzer (No. 3891)
                                        Mary E. Augustine (No. 4477)
                                        222 Delaware Avenue, Suite 900
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 655-5000

                                        Attorneys for the Creditor Trust Trustee

610735v1                                2