IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>Plaintiff,<br>v.<br><br>Bobcat Company,<br><br>Defendant. | Case No. 04-CV-1026 (KAJ) |

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

Upon consideration of the Motion for Leave to Amend Complaint (the "Motion") filed by Perry Mandarino, Trustee (the "Trustee") of the NationsRent Unsecured Creditors' Liquidating Trust, and the Memorandum of Law filed in support thereof, and any responses or objections filed to the Motion, it is

ORDERED that the Motion is GRANTED, and

IT IS FURTHER ORDERED that the Trustee is hereby granted leave to file the Amended Complaint[2], and

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

[2] Terms not defined herein shall have the meaning ascribed to them in the Memorandum of Law in Support of Motion for Leave to Amend Complaint.

611544v1

      IT IS FURTHER ORDERED that the Amended Complaint shall relate back to the date of the Complaint pursuant to Federal Rule 15(c), and

      IT IS FURTHER ORDERED that the Trustee shall have 30 days from the date of this Order to file and serve the Amended Complaint.


Dated: _____, 2005


                                             _____
                                             The Honorable Kent A. Jordan
                                             United States District Court Judge