# EXHIBIT A

## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made by:

☐     Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐     Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

XX    **Certified Mail Service -- By sending the process by certified mail addressed to the following:**

Clark Equipment Company
Bobcat Company
200 Chestnut Ridge Road
Woodcliff Lake, NJ  07677-7703

Bobcat Company
250 East Beaton Drive
West Fargo, ND  58078

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____,

as follows: [Describe briefly]
        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

February 6, 2004           /s/ Ashley B. Stitzer
                               Ashley B. Stitzer (No. 3891)