# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NationsRent, Inc., *et a.l*[1], ) | Case No. 01-11628 thru 01-11639 (PJW) |
| ) | through 01-11639 (PJW) |
| Debtors ) | (Jointly Administered) |
| _____) | |
| ) | |
| NationsRest Unsecured Creditors' ) | |
| Liquidating Trust, Perry Mandarino, not ) | |
| Personally, but as Trustee ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CV-1026 (KAJ) |
| ) | |
| Bobcat Company, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Frederick D. Rosner, hereby certify that on the 23rd day of December, 2005, I caused one copy of the *Objection to Motion of Trustee for Leave to Amend Complaint and Motion to Dismiss* to be served upon the party listed below by First Class Mail:

       Ashley B. Stitzer, Esquire
       The Bayard Firm
       222 Delaware Avenue, Suite 900
       Wilmington, Delaware 19801

**JASPAN SCHLESINGER HOFFMAN LLP**

By: /s/ Frederick D. Rosner
     Frederick D. Rosner (3995)
     913 Market Street, 12th Floor
     Wilmington, Delaware 19801

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

16107