## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, Esquire, hereby certify that on this 30th day of December, 2005, I caused a true and correct copy of the **Reply Memorandum of Law in Support of Motion for Leave to Amend Complaint and in Opposition to Motion to Dismiss** to be served upon the individual below in the manner indicated.

**VIA HAND DELIVERY**
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 North Orange Street, Suite 1001
Wilmington, DE 19801

_____
Ashley B. Stitzer (No. 3891)

613030v1