## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc., *et al.*,<br><br><br>                                    Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors'<br>Liquidating Trust, Perry Mandarino, not<br>personally, but as Trustee<br><br><br>                                    Plaintiff,<br>      v.<br><br><br>Bobcat Company,<br><br>                                    Defendant. | Case No. 04-CV-1026 (KAJ)<br><br><br>Re: D.I. 28, 29, 30 |

## NOTICE OF COMPLETION OF BRIEFING

1.      On December 15, 2005, Perry Mandarino, Plaintiff and Trustee (the "Trustee") of the NationsRent Unsecured Creditors' Trust filed the Motion for Leave to Amend Complaint [D.I. 27] (the "Motion") and the Memorandum of Law in Support of Motion for Leave to Amend Complaint [D.I. 28].

2.      On December 23, 2005, the Defendants[1] filed the Objection to Motion of Trustee for Leave to Amend Complaint and Motion to Dismiss [D.I. 29].

3.      On December 30, 2005, the Trustee filed the Reply Memorandum of Law in Support of Motion for Leave to Amend Complaint and in Opposition to Motion to Dismiss [D.I. 30].

---

[1]  Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion and Memorandum of Law in support of the Motion.

613032v1

4.      Pursuant to Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (the "Local Rules"), briefing related to the Motion is complete.

Dated: December 30, 2005                                        THE BAYARD FIRM

_____

Neil B. Glassman, Esq. (No. 2087)
Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

Attorneys for Perry Mandarino,
Trustee of the NationsRent Unsecured
Creditors' Liquidating Trust

613032v1                                        2