## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NationsRent, Inc., *et al.,* (PJW) | ) | Case No. 01-11628 thru 01-11639 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not Personally, but as Trustee | ) ) ) | Oral Argument Requested |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-CV-1026 (KAJ) |
| | ) | |
| Bobcat Company, | ) | Re: Docket No. 30 |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 6th day of January, 2006, I caused one copy of the *Reply by Defendant to Plaintiff's Reply Memorandum of Law in Support of Motion for Leave to Amend Complaint and in Opposition to Motion to Dismiss* to be served upon the party listed below via hand delivery:

> Ashley B. Stitzer, Esquire
> The Bayard Firm
> 222 Delaware Avenue
> Wilmington, DE 19801

**JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000