# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NationsRent, Inc., *et al.,* ) | Case No. 01-11628 thru 01-11639 (PJW) |
| ) | |
| Debtors ) | (Jointly Administered) |
| _____) | |
| ) | |
| NationsRent Unsecured Creditors' ) | |
| Liquidating Trust, Perry Mandarino, not ) | |
| Personally, but as Trustee ) | Oral Argument Requested |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CV-1026 (KAJ) |
| ) | |
| Bobcat Company, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that Bobcat Company ("Bobcat") or (the "Defendant"), through its undersigned counsel, has filed its *Reply to Plaintiff's Reply Memorandum of Law in Support of Motion for Leave to Amend Complaint and in Opposition to Motion to Dismiss*. Accordingly, briefing is now complete, consisting of the following pleadings filed in the above Civil Action:

1. Objection to Motion of Trustee for Leave to Amend Complaint and Motion to Dismiss [Docket No. 29, filed December 23, 2005];

2. Reply Memorandum of Law in Support of Motion for Leave to Amend Complaint and in Opposition to Motion to Dismiss [Docket No. 30, filed December 30, 2005]; and

16313

3.  Reply by Defendant to Plaintiff's Reply Memorandum of Law in Support of Motion for Leave to Amend Complaint and in Opposition to Motion to Dismiss [Docket No. 32, filed January 6, 2006].

Dated: January 10, 2006

**JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

Counsel for Defendant