IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NATIONSRENT, INC., et al., | ) | Case Nos. 01-11628 through |
| | ) | 01-11639 (PJW) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1026-KAJ |
| | ) | |
| BOBCAT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Oral argument on plaintiff's motion to amend the complaint (D.I. 27) and defendant's motion to dismiss (D.I. 29) in the above-captioned action will be heard on **February 1, 2006** beginning at 10:00 a.m. and concluding at 11:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE

Dated:   January 13, 2006
Wilmington, Delaware