IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc., *et al.*,<br><br>　　　　　　　　　　　Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br><br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>Bobcat Company,<br><br>　　　　　　　　　　　Defendant. | Case No. 04-CV-1026 (KAJ) |

**CERTIFICATION OF COUNSEL**
**REGARDING SCHEDULING ORDER**

I, Ashley B. Stitzer, Esquire, counsel for Perry Mandarino, Trustee of the NationsRent Unsecured Creditors' Trust (the "Trustee"), hereby certify the following:

1. On December 15, 2005, the Trustee filed the Motion for Leave to Amend Complaint (the "Motion") and the Memorandum of Law in support of Motion.

2. On December 23, 2005, the Defendants[1] filed the Objection to Motion of Trustee for Leave to Amend Complaint and Motion to Dismiss (the "Motion to Dismiss").

3. On or about January 6, 2006, the parties completed briefing relating to the Motion and the Motion to Dismiss.

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

577822v1

4. On or about January 13, 2006, the Court entered the Order scheduling a hearing on February 1, 2006 (the "Hearing") for oral argument regarding the Motion and the Motion to Dismiss.

5. At the Hearing, the parties resolved amicably the Motion and the Motion to Dismiss and agreed to, *inter alia*, extend certain discovery deadlines set in the Scheduling Order entered by the Court on October 18, 2005.

6. Attached hereto as Exhibit A is a proposed Scheduling Order (the Proposed Scheduling Order") that extends fact and expert discovery deadlines through June 1, 2006. The Defendants have agreed to the proposed deadlines provided in the Proposed Scheduling Order

WHEREFORE, I respectfully request that the Court enter the Proposed Scheduling Order at its earliest convenience.

Dated: February 7, 2006

THE BAYARD FIRM

_____
Neil B. Glassman, Esq. (No. 2087)
Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

Attorneys for Perry Mandarino,
Trustee of the NationsRent Unsecured
Creditors' Liquidating Trust

577822v1