## **CERTIFICATE OF SERVICE**

I, Ashley B. Stitzer, hereby certify that on this 7th day of February, 2006, I caused a copy of the **Certification of Counsel Regarding Scheduling Order** to be served upon the following parties in the manner indicated:

<u>Via Hand Delivery</u>
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 North Orange Street, Suite 1001
Wilmington, DE  19801


_____
Ashley B. Stitzer (ID No. 3891)