IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| Nationsrent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>Plaintiff,<br><br>v.<br><br>Bobcat Company,<br><br>Defendant. | District Court Case No. 04-CV-1026 (KAJ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE § 
 § SS:
NEW CASTLE COUNTY §

*Michelle M. Dero*, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, counsel for the Creditor Trust Trustee in the above-captioned action, and that on the 17th day of March, 2006, she caused a copy of the **Interim Status Report in Adversary Proceedings** to be served upon the parties listed below in the manner indicated.

### VIA HAND DELIVERY

Laurie Schenker Polleck, Esquire
*Jaspan Schlessinger Hoffman LLP*
913 North Market Street, 12th Floor
Wilmington, DE 19801

Frederick B. Rosner, Esquire
*Duane Morris LLP*
1100 North Market Street, Suite 1200
Wilmington, DE 19801

_____
Michelle M. Dero

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP.

620769v1

      ***SWORN TO AND SUBSCRIBED*** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: March 20, 2006

_____
Notary Public

LAURA E. WEBB
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 28, 2009

620769v1