# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NationsRent, Inc., *et al.*, <br><br><br> Debtors. | Chapter 11 <br><br> Case Nos. 01-11628 through 01-11639 (PJW) <br><br> Jointly Administered |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee <br><br><br> Plaintiff, <br><br> v. <br><br> Bobcat Company, <br><br> Defendant. | <br><br><br><br><br><br> Case No. 04-CV-1026 (KAJ) |

## NOTICE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that on March 20, 2006, a true and correct copy of the following documents were served on the individuals on the attached Service List in the manner indicated.

1. **Defendant's First Set of Interrogatories to Plaintiff;**
2. **Defendant's First Request for Production of Documents; and**
3. **Defendant's First Requests for Admissions.**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 20, 2006
     Wilmington, Delaware

/s/ Christopher M. Winter
Frederick B. Rosner (DE 3995)
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  fbrosner@duanemorris.com
      cmwinter@duanemorris.com

*Counsel for Defendant*

## SERVICE LIST

Neil B. Glassman, Esquire
Ashley B. Stitzer, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Facsimile:  302.658.6395
*Via Hand Delivery & Facsimile*

Paul Kizel, Esquire
Susan Ericksen, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Facsimile:  973.597.2400
*Via Federal Express & Facsimile*

DM3\348304.1