IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NATIONSRENT, INC., et al., | ) | Case Nos. 01-11628 through |
| | ) | 01-11639 (PJW) |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| NATIONSRENT UNSECURED | ) | |
| CREDITOR'S LIQUIDATING TRUST, | ) | |
| PERRY MANDARINO, NOT | ) | |
| PERSONALLY, BUT AS TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1026-KAJ |
| | ) | |
| BOBCAT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **28th** day of **March, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has

been scheduled for **March 30, 2006 at 9:30 a.m.** with the undersigned. **Counsel for**

**Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are

reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE