# Exhibit A

## Ashley Stitzer

**From:** Frederick B. Rosner [frosner@jshllp-de.com]
**Sent:** Monday, February 06, 2006 11:55 AM
**To:** Ashley Stitzer
**Subject:** RE: NR v. Bobcat

Agreed, but I may ask for a few more days on responses to discovery if that is OK. I'm transitioning firms.

Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-351-8000/8005
Facsimile: 302-351-8010
Mobile: 302-588-4253
E-mail: frosner@jshllp-de.com

---

**From:** Ashley Stitzer [mailto:astitzer@bayardfirm.com]
**Sent:** Monday, February 06, 2006 11:45 AM
**To:** Frederick B. Rosner
**Subject:** RE: NR v. Bobcat
**Importance:** High

Fred:

I think we need more time for expert discovery. At your earliest convenience, please advise whether you agree with the following dates:

Fact Discovery Deadline - 4/20
Expert Disclosures - 4/27
Expert Rebuttal Disclosures 5/11
Expert Discovery Completed - 6/1

Also, I wanted to confirm that the deadline for the defendant to respond to the outstanding written discovery requests is 30 days from the hearing or March 3. Thanks, Ashley

Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4242
Fax: (302) 658-6395
Website: www.bayardfirm.com

-----Original Message-----
**From:** Frederick B. Rosner [mailto:frosner@jshllp-de.com]

**Sent:** Monday, February 06, 2006 10:39 AM
**To:** Ashley Stitzer
**Subject:** RE: NR v. Bobcat

Ashley, let me know if these dates work for you. Pls disregard the cross out I made in paragraph 6. Thanks.

Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-351-8000/8005
Facsimile: 302-351-8010
Mobile: 302-588-4253
E-mail: frosner@jshllp-de.com

---

**From:** Ashley Stitzer [mailto:astitzer@bayardfirm.com]
**Sent:** Wednesday, February 01, 2006 12:16 PM
**To:** Frederick B. Rosner
**Subject:** NR v. Bobcat

Fred:

In follow up to the parties agreement at the hearing on this date, attached please find in word format the scheduling order previously entered by the Court. The attached order is revised to make it specific to Bobcat and to include the dates entered by the Court in the original order. Please provide suggested dates for paragraphs 1(c) and (d) and return the same to me for review and comment. The mediation dates are June 5, 7-9 and 12.

In addition, attached please find in word format the Trustee's written discovery requests. Thanks, Ashley

Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4242
Fax: (302) 658-6395
Website: www.bayardfirm.com

=00----------------------------------
IRS Circular 230 DISCLOSURE:
Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (1) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (2) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.
----------------------------------

3/28/2006

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. =00-----------------------------------

IRS Circular 230 DISCLOSURE:

Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (1) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (2) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.

-------------------------------------

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.