# Exhibit B

## Ashley Stitzer

| | |
|---|---|
| **From:** | Laurie Polleck [lpolleck@jshllp-de.com] |
| **Sent:** | Sunday, February 19, 2006 3:45 PM |
| **To:** | Ashley Stitzer |
| **Subject:** | FW: NR v. Bobcat |
| **Importance:** | High |

Dear Ashley

Fred received the file from my office on Friday, February 17, 2006. Fred to date has not yet filed a substitution of counsel to Duane Morris.
Please advise me if Fred does not provide you with the correct names of the defendant's expeditiously.

I hope you had a great weekend.


Laurie Schenker Polleck, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street 12th Floor
Wilmington DE 19801
302-351-8000
302-351-8010 FAX

**From:** Laurie Polleck
**Sent:** Thursday, February 16, 2006 5:02 PM
**To:** 'astitzer@bayardfirm.com'
**Subject:** FW: NR v. Bobcat
**Importance:** High


Dear Ashley,

I may need more time to get you the information than this Friday at noon. Fred's last day at the firm was Tuesday, February 14, 2006. Fred packed the cases he had handled and left them at Jaspan. A law student from New York is coming down to inventory all the packed boxes and I will ask him to locate the BobCat file.

I have to be a Blake hearing at 10 a.m. tomorrow.

I will touch base with you regarding this case before the end of the day on Friday.

Respectfully,

Laurie Schenker Polleck, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street 12th Floor
Wilmington DE 19801
302-351-8002
302-351-8010 FAX


Please handle.

**From:** Ashley Stitzer [mailto:astitzer@bayardfirm.com]
**Sent:** Thursday, February 16, 2006 2:23 PM
**To:** Fred B. Rosner
**Subject:** NR v. Bobcat

**Importance:** High

Fred:

Pursuant to the parties' agreement placed on the record at the hearing on February 1, 2006, yesterday was the deadline for the defendant to provide the correct entities to be named as defendants in this proceeding and to file a stipulation amending the complaint.  To date, I have not received the information.  Please provide the correct named defendant(s) by Friday, February 17 at 12:00 p.m.

Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4242
Fax: (302) 658-6395
Website: www.bayardfirm.com

=00----------------------------------
IRS Circular 230 DISCLOSURE:
Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (1) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (2) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.
----------------------------------
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.