# Exhibit C

# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
302-429-4242
astitzer@bayardfirm.com

February 20, 2006

**Via Facsimile**

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

    Re:    *NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, Not Personally, But as Trustee v. Bobcat Company*
            Adversary Proceeding No. 03-59749

Dear Fred:

Pursuant to the parties' agreement placed on the record at the hearing on February 1, 2006, the deadline for the defendant to provide the correct entities to be named as defendants in this proceeding and to file a stipulation amending the complaint was Wednesday, February 15, 2006. To date, I have not received the information. Please provide the correct named defendant(s) no later than Wednesday, February 22, 2006.

Very truly yours,

Ashley B. Stitzer

ABS:sbf
File No. 28587-2
    Cc:    Laurie Schenker Polleck, Esquire (Via Facsimile)

561667v1

# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS
302-429-4242
astitzer@bayardfirm.com

February 23, 2006

**Via Facsimile**

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Re: *NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, Not Personally, But as Trustee v. Bobcat Company*
Adversary Proceeding No. 03-59749

Dear Fred:

Please respond to my correspondence dated February 20, 2006, regarding the correct named defendant(s) in the above-referenced proceeding. Given the present fact discovery deadlines, I need to know the proper defendant(s) as soon as possible. Please be advised that if I do not receive the information in the very near future, I intend to seek further direction from the Court.

Very truly yours,

Ashley B. Stitzer

ABS:rrj
File No. 28587-2
Cc: Laurie Schenker Polleck, Esquire (Via Facsimile)

561667v1