# Exhibit D

## Ashley Stitzer

| | |
|---|---|
| **From:** | Ashley Stitzer |
| **Sent:** | Friday, March 17, 2006 3:43 PM |
| **To:** | 'FBRosner@duanemorris.com' |
| **Subject:** | NationsRent v. Bobcat |
| **Importance:** | High |

Fred:

During the hearing on February 1, 2006, the parties agreed that the defendant would provide the names of the immediate, mediate and subsequent transferees of the preferential transfers on or before February 15, 2006, and that the parties would file a stipulation amending the complaint to name the correct corporate entities. In addition, the parties would file under certification of counsel a revised scheduling order that extends the fact and expert discovery deadlines up to the mediation date. Pursuant to the parties' agreement, the scheduling order was filed on or about February 7, 2006.

During our discussion on February 24, 2006, you advised me that you changed firms and were having a dispute with your prior firm regarding possession of the Bobcat file. You further advised me that you were waiting for approval from your present firm of a letter to your prior firm regarding the issues relating to the file. Given the fast approaching discovery deadlines and your inability to comply with the parties' February 1 agreement to provide the correct named defendants, you agreed to file a motion seeking to continue the discovery deadlines in this proceeding.

During the mediation teleconference with Judge Thynge on March 6, 2006, you stated that you had possession of the file, but it did not include certain information contained on your prior firm's computer system.

The defendant's written discovery responses were due on March 3, 2006. In addition, to date, I have not received the correct names of the immediate, mediate and subsequent transferees of the preferential transfers. Therefore, I have been unable to file the amended complaint and unable to determine whether any further discovery is needed relating to any additional defendants.

The fact discovery deadline is presently April 20, 2006. At your earliest convenience, please advise whether the Defendant intends to file a motion seeking an extension of the scheduling deadlines. Please be advised that if we are unable to resolve this issue in the very near future, I intend to seek guidance from the Court.


Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4242
Fax: (302) 658-6395
Website: www.bayardfirm.com