# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

FREDERICK B. ROSNER
DIRECT DIAL: 302.657.4943
E-MAIL: fbrosner@duanemorris.com

www.duanemorris.com

March 28, 2006

The Honorable Kent A. Jordan
United States District Court
for the District of Delaware
844 North King Street, Lock Box 10
Wilmington, DE 19801

    Re:    **NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, Not Personally, But as Trustee v. Bobcat Compnay; Case No. 04-CV-1026**

Dear Judge Jordan:

    This firm represents defendant Bobcat Company. As previously communicated to plaintiff's counsel, defendant Bobcat Company, and potential defendants Clark Equipment Company and Ingersoll-Rand Company, are willing to work with plaintiff's counsel to revise the Scheduling Order so there is no prejudice to either plaintiff or defendant.

                                                                   Sincerely,

                                                                   Frederick B. Rosner

FBR
cc:    Ashley Stitzer, Esquire

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246        PHONE: 302.657.4900  FAX: 302.657.4901
DM3\351270.1