IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NATIONSRENT, INC., et al., | ) | Case Nos. 01-11628 through |
| | ) | 01-11639 (PJW) |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| NATIONSRENT UNSECURED | ) | |
| CREDITOR'S LIQUIDATING TRUST, | ) | |
| PERRY MANDARINO, NOT | ) | |
| PERSONALLY, BUT AS TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1026-KAJ |
| | ) | |
| BOBCAT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this **30th** day of **March, 2006**,

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that the discovery cutoff shall be extended to May 4, 2006. All other provisions contained in the February 8, 2006 scheduling order (D.I. 39) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE