**Exhibit A**

NationsRent
Summary of Preference Work
Preference Offsets with New Value

| Vendor | Check # | Date | Amount |
|---|---|---|---|
| Bobcat Company | 379274 | 09/28/01 | $ 19,191.00 |
| 250 East Beaton Drive | 387758 | 10/19/01 | $ 19,191.00 |
| West Fargo, ND 58078 | 390920 | 10/26/01 | $ 32,513.00 |
|  | 394311 | 11/02/01 | $ 32,513.00 |
|  | 396875 | 11/09/01 | $ 17,540.00 |
| Less New Value |  |  | $ - |
| Total |  |  | $ 120,948.00 |