## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 3rd day of April, 2006, I caused a true and correct copy of the foregoing **Amended Adversary Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550** to be served on the following in the manner indicated.

**Via Hand Delivery**
Frederick B. Rosner, Esquire
Duane Morris LLP
1100 N. Market St., Suite 1200
Wilmington, DE 19802-1246

*/s/ Ashley B. Stitzer*
Ashley B. Stitzer (No. 3891)

611526v1                           5