# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc., *et al.*,<br><br>                                    Debtors.<br><br>NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>                                    Plaintiff,<br><br>    v.<br><br>Clark Equipment Company d/b/a Bobcat Company and Ingersoll-Rand Company,<br><br>                                    Defendants. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br><br>Chapter 11<br><br><br><br><br><br>Case No. 04-CV-1026 (KAJ) |

## CERTIFICATE OF SERVICE

I, Alison T. Ash, certify that I am not less than 18 years of age, and that service of a copy of the **Answer and Affirmative Defenses to Amended Adversary Complaint to Avoid and Recover Preferential Transfers Pursuant to U.S.C. §§ 547 and 550** was made on April 10, 2006, upon the following individual as indicated:

Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
***Via Hand Delivery***

DM3\352791.1

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: April 10, 2006                          /s/ Alison T. Ash
       Wilmington, Delaware           Alison T. Ash, Paralegal
                                                 DUANE MORRIS LLP
                                                 1100 North Market Street, Suite 1200
                                                 Wilmington, Delaware 19801-1246
                                                 Telephone:   (302) 657-4900
                                                 Facsimile:   (302) 657-4901
                                                 E-mail:        atash@duanemorris.com