## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,<br><br>                    Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors'<br>Liquidating Trust, Perry Mandarino, not<br>personally, but as Trustee<br><br>                    Plaintiff,<br>        v.<br><br>Clark Equipment Company d/b/a Bobcat<br>Company and Ingersoll-Rand Company,<br><br>                    Defendants. | Case No. 04-CV-1026 (KAJ) |

## **CERTIFICATE OF SERVICE**

I, Frederick B. Rosner, certify that I am not less than 18 years of age, and that service of a copy of the **Defendant's Responses to Creditor Trust Trustee's First Request for Production of Documents Directed to Defendant** was made on April 17, 2006, upon the following counsel for Plaintiff *via* First Class Mail, postage prepaid.

Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: April 17, 2006
        Wilmington, Delaware         /s/ Frederick B. Rosner
                                     Frederick B. Rosner (DE 3995)
                                     DUANE MORRIS LLP
                                     1100 North Market Street, Suite 1200
                                     Wilmington, DE 19801
                                     Telephone:   (302) 657-4900

                                     *Attorney for Defendants*

DM3\352775.1