# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., et al.,<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>Diamant Boart Inc.<br>Bobcat Company<br>Nortrax Equipment Co. SE, LLC<br>Partner Industrial Products<br><br>Defendants. | District Court Case Nos. (KAJ):<br>04-CV-1004<br>04-CV-1026<br>04-CV-1045<br>04-CV-1047 |

## ORDER

At Wilmington this **25th** day of **April, 2006**.

On April 24, 2006, a teleconference was scheduled with Magistrate Judge Thynge for the purpose of discussing the ADR process to be instituted in the above-captioned matters. As a result of that teleconference,

IT IS ORDERED that another teleconference has been scheduled **for Tuesday, May 23, 2006 at 9:00 a.m. EST** with Magistrate Judge Thynge. That teleconference will be organized by plaintiff's counsel and the dial-in number is **888-422-**

**7101** with the participation code as **590644.** The purpose of the teleconference is to discuss the status of these matters and the mediation process, including submissions, for June 2006. Sanctions will be imposed against any party and its counsel who fail to participate in the scheduled teleconference in those matters that **are not** settled by the teleconference date.

IT IS FURTHER ORDERED that these matters, if not settled, will be scheduled for mediation on **Wednesday, June 7 through Friday, June 9, 2006.** Counsel and the parties in these cases shall be available on all of those dates.

IT IS FURTHER ORDERED that defendant **Bobcat Company** shall provide a substantive response to plaintiff's settlement demand on or before **Tuesday, May 2, 2006.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE