UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NATIONSRENT, INC., ET AL.,[1]<br><br><br>DEBTORS.<br> | CASE NOS. 01-11628 THROUGH 01-11639 (PJW)<br><br>JOINTLY ADMINISTERED<br><br>CHAPTER: 11 |
| NATIONSRENT UNSECURED CREDITORS' LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE<br><br>PLAINTIFF,<br><br>V.<br><br>CLARK EQUIPMENT COMPANY D/B/A BOBCAT COMPANY AND INGERSOLL-RAND COMPANY,<br><br>DEFENDANTS. | CASE NO. 04-CV-1026 (KAJ) |

**NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 7030 AND 7034**

TO: DEFENDANTS AND THEIR
ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Bankruptcy Procedure 7030(b)(6), Perry Mandarino, Plaintiff and Trustee (the "Trustee") of the NationsRent Unsecured Creditors' Liquidating Trust, by and through its counsel, will take the deposition upon oral examination of Ingersoll-Rand Company (the "Defendant"), by the officer(s), director(s), employee(s) or other person(s), most knowledgeable regarding the matters listed on Exhibit A hereto, at the offices of The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, Delaware 19801, on the **3rd day of May, 2006, at**

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

623728v1

1

**2:00 p.m. (Eastern Time)**, or such other date and time mutually agreed to by the parties and continuing from day to day until completed. The deposition will be taken before an officer authorized by law to administer oaths, pursuant to Federal Rule of Bankruptcy Procedure 7028 and Federal Rule of Civil Procedure 28, who will record the deposition stenographically.

Pursuant to Federal Rule of Bankruptcy Procedure 7030(b)(6), the Defendant shall designate one or more officers, directors, employees or other persons who will testify on its behalf regarding the matters identified on Exhibit A attached hereto.

NOTICE IS FURTHER GIVEN, that pursuant to Federal Rules of Bankruptcy Procedure 7030 and 7034, the Defendant is further requested to produce on or before May 3, 2006, a copy of all of the documents described on Exhibit B attached hereto.

Dated: April 25, 2006

THE BAYARD FIRM

Neil B. Glassman, Esq. (No. 2087)
Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

*Attorneys for Perry Mandarino,*
*Trustee of the NationsRent Unsecured*
*Creditors' Liquidating Trust*