# EXHIBIT A[1]

Pursuant to Federal Rule of Bankruptcy Procedure 7030(b)(6), the Defendant is requested to designate one or more officers, employees or other persons who are most knowledgeable about and will testify on its behalf with respect to the topics set forth below.

## TOPICS

1. All facts and circumstances that the Defendant maintain contradict the allegations in the Amended Adversary Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 (the "Complaint") in this proceeding.

2. All facts and circumstances that the Defendant maintain support the affirmative defenses asserted in the Answer to the Complaint.

3. All facts and circumstances that that relate to, support, contradict or substantiate the claims and defenses asserted in the Complaint and the Answer to the Complaint.

4. All contracts and agreements, whether written or oral, between the Debtors and the Defendant.

5. The business relationship between the Debtors and the Defendant prior to and on the date that the Debtors filed their bankruptcy petitions.

6. The transactions, course of business and/or financial affairs between the Debtors and Defendant prior to and on the date that the Debtors filed their bankruptcy petitions, including the manner and terms of the business transactions.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Creditor Trust Trustee's First Set of Interrogatories Directed to Defendant and the Creditor Trust Trustee's First Request For the Production of Documents Directed to Defendant (collectively, the "Discovery Requests").

623728v1                                3

7. The ordinary course of business or financial affairs between the Debtor and the Defendant.

8. The ordinary course of business or financial affairs in the Defendant's industry.

9. The Defendant's business transactions with the Debtors relating to goods or services provided by the Defendant and received by the Debtors prior to and on the date that the Debtors filed their bankruptcy petitions, including the manner in which the goods or services were ordered, the manner in which the goods or services were provided, the manner in which the goods or services were invoiced and the manner in which the goods or services were paid.

10. The Defendant's procedures, programs and systems for manually and/or electronically receiving and processing business transactions with its customers prior to and on the date that the Debtors filed their bankruptcy petitions, including the information maintained by the Defendant, the location and accessibility of the information and the manner in which it is kept.

11. The current and former officers, directors, shareholders, owners, employees, agents, or other representatives of Defendant Clark Equipment Company d/b/a Bobcat Company and its relationship to and interests in the Defendant.

12. The current and former officers, directors, shareholders, owners, employees, agents, or other representatives of the Defendant and its relationship to and interests in the Defendant Clark Equipment Company d/b/a Bobcat Company.

13. Defendant Clark Equipment Company d/b/a Bobcat Company's involvement with the business relationship between the Debtors and the Defendant prior to and on the date that the Debtors filed their bankruptcy petitions.

623728v1                                                    4

14. Any documents produced in response to the Discovery Requests, including the circumstances relating to their maintenance or preparation, and their context and meaning.

15. The Defendant's efforts to locate documents responsive to the Discovery Requests.

16. Any documents produced by the Defendant at the deposition, including the circumstances relating to their maintenance or preparation, and their context and meaning.

17. Witnesses, including experts, whom the Defendant intends to call at trial in this adversary proceeding.