**EXHIBIT B**

**DOCUMENTS REQUESTED**

1.      Any and all papers, writings or documents in your possession, custody or control which relate to, support or contradict any of the facts alleged in the Complaint or any allegation in the Complaint.

2.      Any and all papers, writings or documents in your possession, custody or control which relate to, support or contradict in any way any of the Defendant's affirmative defenses alleged in the Answer or asserted by the Defendant.

3.      Any and all documents of any kind which relate to, support or contradict any party's position or any of the issues that are the subject matter of this litigation.

4.      Any and all documents or correspondence setting forth the terms of retention of the Defendant's services by the Debtors or the terms of the parties' business dealings, including contracts, agreements, or letters confirming a party's understanding.

5.      Any and all papers, writings or documents in your possession, custody or control, which relate in any way to the Payments.

6.      Any and all correspondence, including internal or electronic correspondence, concerning any and all matters alleged in the Complaint and in the Answer to the Complaint.

7.      Any and all correspondence between the Defendant and the Debtors during the Preference Period.

8.      Any and all correspondence between the Defendant and the Debtors during the two-year period immediately preceding the Preference Period.

9.      Any and all correspondence, including internal or electronic correspondence, which relate in any way to the course of business and/or financial affairs

between the Debtors and the Defendant during the Preference Period.

10.     Any and all correspondence, including internal or electronic correspondence, which relate in any way to the course of business and/or financial affairs between the Debtors and the Defendant during the two-year period preceding the Preference Period.

11.     Any and all written statements that you have obtained from any person in connection with this lawsuit.

12.     Any and all written communications that the Defendant, or anyone representing the Defendant, had at any time with the Debtors or any representative of the Debtors concerning the subject matter of this litigation.

13.     Any and all written communications that the Defendant, or anyone representing the Defendant, had with any employee or former employee of the Debtors concerning the subject matter of this litigation.

14.     Any and all papers, writings, or documents in your possession, custody or control which relate to any work performed or services provided by the Defendant to or for the Debtors during the Preference Period.

15.     Any and all papers, writings, or documents in your possession, custody or control which relate to any work performed or services provided by the Defendant to or for the Debtors during the two-year period immediately preceding the Preference Period.

16.     Any and all invoices, billing statements or other documents describing goods and/or services provided by the Defendant to the Debtors during the Preference Period.

17.     Any and all invoices, billing statements or other documents describing goods and/or services provided by the Defendant to the Debtors during the two-year

period immediately preceding the Preference Period.

18.    Any and all Accounts Receivables aging reports and accounting records relating to, referring to or regarding the Debtors during the Preference Period.

19.    Any and all Accounts Receivables aging reports and accounting records relating to, referring to or regarding the Debtors during the two-year period preceding the Preference Period.

20.    All documents referring to, relating to, indicating or constituting payments made by the Debtors to the Defendant for goods and/or services during the Preference Period.

21.    All documents referring to, relating to, indicating or constituting payments made by the Debtors to the Defendant for goods and/or services during the two-year period immediately preceding the Preference Period.

22.    All papers, writings or documents in your possession, custody or control which relate in any way to the course of business and/or financial affairs between the Debtors and the Defendant during the Preference Period.

23.    All papers, writings or documents in your possession, custody or control which relate in any way to the course of business and/or financial affairs between the Debtors and the Defendant during the two-year period preceding the Preference Period.

24.    Any and all papers, writings or documents in the your possession, custody or control which relate to, support or contradict the Defendant's contention that the Payments were in payment of a debt incurred by the Debtors in the ordinary course for business, made in the ordinary course of business and made according to the ordinary business terms between the parties under 11 U.S.C. § 547(c)(2).

25.    Any and all papers, writings or documents in the your possession, custody

or control which relate to, support or contradict the Defendant's contention that the Defendant provided new value to the Debtors under 11 U.S.C. § 547(c)(1).

26.    Any and all papers, writings or documents in the your possession, custody or control which relate to, support or contradict the Defendant's contention that the Defendant provided new value to the Debtors under 11 U.S.C. § 547(c)(4).

27.    Any and all papers, writings or documents in the your possession, custody or control which relate to, support or contradict the Defendant's contention that it was a secured creditor when the Debtors made the Payments to the Defendant.

28.    Any and all papers, writings or documents in the your possession, custody or control which relate to, support or contradict the Defendant's contention that the Debtors granted the Defendant a security interest in equipment sold by the Defendant to the Debtors.

29.    Any and all papers, writings or documents in the your possession, custody or control referring to, relating to, or indicating that the Defendant have or had at the time of the Payments a perfected security interest in the equipment sold by the Defendant to the Debtors.

30.    Any and all papers, writings or documents in the your possession, custody or control which relate to, support or contradict the Defendant's contention that the Payments are barred by the doctrine of set off and/or recoupment

31.    All documents which you referred to, consulted, or relied upon when you prepared and responded to the Creditor Trust Trustee's First Set of Interrogatories Directed to Defendant.