## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 25th day of April, 2006, I caused a copy of the foregoing **Notice of Deposition and Request for Production of Documents Pursuant to Federal Rules of Bankruptcy Procedure 7030 and 7034** to be served on the parties listed below in the manner indicated.

**<u>Via Hand Delivery</u>**
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 North Orange Street, Suite 1001
Wilmington, DE  19801

_____
Ashley B. Stitzer (No. 3891)