UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NATIONSRENT, INC., ET AL.,[1]<br><br>DEBTORS. | CASE NOS. 01-11628 THROUGH 01-11639 (PJW)<br>JOINTLY ADMINISTERED<br>CHAPTER: 11 |
| NATIONSRENT UNSECURED CREDITORS' LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE<br><br>PLAINTIFF,<br>V.<br>CLARK EQUIPMENT COMPANY D/B/A BOBCAT COMPANY AND INGERSOLL-RAND COMPANY,<br><br>DEFENDANTS. | CASE NO. 04-CV-1026 (KAJ) |

## *AMENDED* CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 25th day of April, 2006, I caused a copy of the **Notice of Deposition and Request for Production of Documents Pursuant to Federal Rules of Bankruptcy Procedure 7030 and 7034 (Ingersoll-Rand Company)** [Docket No. 56] to be served on the party listed below in the manner indicated.

**Via Hand Delivery**

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

_____
Ashley B. Stitzer (No. 3891)

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

623918v1