IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>Plaintiff,<br>v.<br><br>Bobcat Company,<br><br>Defendant. | Case No. 04-CV-1026 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 26, 2006, Perry Mandarino, Trustee of the NationsRent Unsecured Creditors' Liquidating Trust, by and through undersigned counsel, served copies of the following:

**Objections and Responses of Trustee to
Defendants' First Requests for Admissions**

**Objections and Responses of Trustee to
Defendants' First Request for Production of Documents**

**Objections and Responses of Trustee to
Defendants' First Set of Interrogatories to Plaintiff**

on the following in the manner indicated:

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

623943v1

**Via Hand Delivery**
Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Dated: April 26, 2006

THE BAYARD FIRM

*/s/ Ashley B. Stitzer/*

Neil B. Glassman, Esq. (No. 2087)
Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust