IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,<br><br>   Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>   Plaintiff,<br>   v.<br><br>Clark Equipment Company d/b/a Bobcat Company and Ingersoll-Rand Company,<br><br>   Defendants. | Case No. 04-CV-1026 (KAJ) |

### NOTICE OF RULE 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 26 and 30(b)(6), defendant Clark Equipment Company d/b/a Bobcat Company and Ingersoll-Rand Company, Inc. will take the deposition upon oral examination of the witness designated by NationsRent Unsecured Creditors' Liquidating Trust to testify pursuant to Rule 30(b)(6) on the subject matters listed on Exhibit A attached hereto. The deposition will take place commencing on Wednesday, May 3, 2006, at 10:00 a.m., before a notary public, at the offices of Duane Morris, LLP, 1100 North Market Street, 12th Floor, Wilmington, Delaware. The deposition will be recorded by stenographic means and will continue from day to day until completed.

DM3\358243.1

Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff Perry Mandarino, as Trustee, is directed to designate in writing three (3) days prior to the deposition one or more officers, agents, or other persons who will testify, and for each such person designated, the matters on which the person will testify.

Dated: April 26, 2006  
       Wilmington, Delaware

DUANE MORRIS LLP

By: _____  
Frederick B. Rosner (DE 3995)  
1100 North Market Street, Suite 1200  
Wilmington, Delaware 19801  
Telephone: (302) 657-4927  
E-mail: fbrosner@duanemorris.com

Attorneys for Defendant