IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,<br><br>Debtors.<br>NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br><br>Clark Equipment Company d/b/a Bobcat Company and Ingersoll-Rand Company,<br><br>Defendants. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11<br><br><br><br>Case No. 04-CV-1026 (KAJ) |

**NOTICE OF DEPOSITION**
(Perry Mandarino, as Trustee)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 26 and 30, defendant Clark Equipment Company d/b/a Bobcat Company and Ingersoll-Rand Company, Inc., will take the deposition of plaintiff Perry Mandarino, as Trustee, before a notary public or some other officer authorized by law to administer oaths, commencing on Wednesday, May 3, 2006, at 10:00 a.m., at the offices of Duane Morris, LLP, 1100 North Market Street, 12th Floor, Wilmington, Delaware. The deposition will be stenographically recorded.

Dated: April 26, 2006
Wilmington, Delaware

DUANE MORRIS LLP

By: _____
Frederick B. Rosner (DE # 3995)
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
E-Mail: fbrosner@duanemorris.com

DM3\358257.1