IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,<br><br>    Debtors.<br>NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>    Plaintiff,<br>v.<br><br>Clark Equipment Company d/b/a Bobcat Company and Ingersoll-Rand Company,<br><br>    Defendants. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11<br><br><br><br>Case No. 04-CV-1026 (KAJ) |

**CERTIFICATE OF SERVICE**

I, Frederick B. Rosner, certify that I am not less than 18 years of age, and that service of a copy of the **Notice of Deposition (Perry Mandarino, as Trustee)** was made on April 26, 2006 upon the individuals on the attached service list *via* First Class Mail, postage prepaid:

Ashley Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

    Under penalty of perjury, I declare the foregoing is true and correct.

                                    DUANE MORRIS LLP

Dated: April 26, 2006              By: _____
      Wilmington, Delaware             Frederick B. Rosner (DE # 3995)
                                                1100 North Market Street, Suite 1200
                                                Wilmington, Delaware 19801-1246
                                                Telephone: (302) 657-4900
                                                E-mail: fbrosner@duanemorris.com

DM3\358257.1