# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,<br><br>　　　　Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>　　　　Plaintiff,<br>　　v.<br><br>Clark Equipment Company d/b/a Bobcat Company and Ingersoll-Rand Company,<br><br>　　　　Defendants. | Case No. 04-CV-1026 (KAJ) |

## NOTICE OF SERVICE DEFENDANTS' RESPONSES TO CREDITOR TRUST TRUSTEE'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS

I, Frederick B. Rosner, certify that I am not less than 18 years of age, and that service of a copy of the **Defendants' Responses to Creditor Trust Trustee's First Set of Interrogatories Directed to Defendants** was made on April 27, 2006 upon the individuals on the attached service list *via* Hand Delivery:

Ashley Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

　　Under penalty of perjury, I declare the foregoing is true and correct.

DUANE MORRIS LLP

Dated: April 27, 2006
    Wilmington, Delaware

By: _____
Frederick B. Rosner (DE # 3995)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4900
E-mail: fbrosner@duanemorris.com