IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| Nationsrent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee<br><br>          Plaintiff,<br>v.<br>Bobcat Company,<br>          Defendant. | District Court Case No. 04-CV-1026 (KAJ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                             §   SS:
NEW CASTLE COUNTY    §

    *Michelle M. Dero*, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, counsel for the Creditor Trust Trustee in the above-captioned action, and that on the 2nd day of May, 2006, she caused a copy of the **Order Regarding May 23, 2006 Teleconference** to be served upon the party listed below in the manner indicated.

### VIA HAND DELIVERY

Frederick B. Rosner, Esquire
*Duane Morris LLP*
1100 North Market Street, Suite 1200
Wilmington, DE 19801

                                                              Michelle M. Dero

    ***SWORN TO AND SUBSCRIBED*** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: May 2, 2006

                                                              Notary Public

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP.

624414v1

LAURA E. WEBB
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 28, 2009