IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc. et al.,<br><br>Debtors | Case Nos. 01-11628 through 01-11639<br>(PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Diamant Boart, Inc.<br>Bobcat Company<br>Nortrax Equipment Co. SE, LLC<br>Partner Industrial Products,<br><br>Defendants. | <br><br><br><br><br><br>District Court Case Nos. (KAJ)<br><br>04-CV-1004<br>04-CV-1026<br>04-CV-1045<br>04-CV-1047 |

## AFFIDAVIT OF SERVICE

Jane M. Wojslawowicz, being of full age, deposes and states:

1.   I am a legal secretary employed by the law firm of Lowenstein Sandler, PC, counsel to NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee.

2.   On May 2, 2006, I caused true and correct copies of the Order entered by Magistrate Judge Thynge Scheduling Another Teleconference for Tuesday, May 23, 2006 at 9:00 a.m. (EST) to be served on the service list annexed hereto **via United States Postal Service, first class mail, postage pre-paid.**

14460/4
05/02/2006 1890260.01

3. I certify, under penalty of perjury, that the aforementioned statements made by me are true to the best of my knowledge and belief.

                                                         Jane M. Wojslawowicz

Sworn before me on 2nd day of May, 2006

_____
Notary Public

        **YVETTE ASH**
    **A Notary Public Of New Jersey**
**My Commission Expires Sept. 14, 2008**

In re NationsRent, Inc., et al.
Case Nos. 01-11628 through 01-11639

Service List

| | |
|---|---|
| G. Christopher Meyer, Esq.<br>Squire Sanders & Dempsey, LLP<br>4900 Public Square<br>Cleveland, Ohio 44114-1304<br>**Counsel to Diamant Boart and Partner Industrial Products** | William D. Sullivan, Esq.<br>Buchanan Ingersoll, PC<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1110<br>Wilmington, Delaware 19801-1236<br>**Counsel to Nortrax Equipment SE, LLC** |
| Mary E. Augustine, Esq.<br>Ashley Stitzer, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899-5130<br>**For Service to Counsel to Bobcat Company** | |