## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 4th day of May, 2006, I caused a true and correct copy of the foregoing **Stipulation Extending Fact Discovery Deadline** to be served on the following in the manner indicated.

**Via Facsimile and U.S. First Class Mail**
Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Facsimile: (302) 657-4901

Ashley B. Stitzer (No. 3891)

620613v1