10

## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 11th day of May, 2006, I caused a copy of the foregoing **Re-Notice of Deposition and Request for Production of Documents Pursuant to Federal Rules of Bankruptcy Procedure 7030 and 7034** to be served on the parties listed below in the manner indicated.

<u>**Via Hand Delivery**</u>

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

_____
Ashley B. Stitzer (No. 3891)