## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, Esquire, hereby certify that on the 20th day of July, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below via United States First Class mail.

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Ashley B. Stitzer (No. 3891)